■ In the Matter of Michael Bifolco, Appellant, v Raymond W. Kelly, as Police Commissioner of the City of New York, et al., Respondents. [912 NYS2d 402]—

Order, Supreme Court, New York County (Marylin G. Diamond, J.), entered January 15, 2009, which denied petitioner's application to annul respondent Police Commissioner's determination terminating petitioner's employment as a probationary police officer, and directed entry of a judgment dismissing the proceeding, unanimously affirmed, without costs.

The record establishes that petitioner was on restricted duty from December 29, 2006 through June 18, 2007 and, therefore, his six-month disciplinary probationary term did not begin until June 19, 2007 and did not end until December 19, 2007 (*see Matter of Garcia v Bratton*, 90 NY2d 991, 992-993 [1997]). Because the incidents leading to petitioner's dismissal occurred on August 3, 2007, well within the probationary period, respondents could terminate petitioner without a hearing (*see Matter of York v McGuire*, 63 NY2d 760 [1984]; *Matter of Witherspoon v Horn*, 19 AD3d 250, 251 [2005]). Concur—Gonzalez, P.J., Catterson, Acosta, Richter and Abdus-Salaam, JJ.